Homer FITCH, Appellant,

v.

Sarah Francis FITCH, Appellee.

Court of Appeals of Kentucky.

Jan. 27, 1956.

Harrington & Jones, Marvin D. Jones, Paintsville, for appellant.

Woodrow W. Burchett, Prestonsburg, for appellee.

PER CURIAM.

Sarah Francis Fitch sought a divorce, alimony, and restoration of certain property in an action against Homer Fitch. A counterclaim was filed and a divorce was granted to the husband. The wife was denied alimony but recovered judgment for $750 for restoration of property under KRS 403.065.

Appellant complains on appeal that the judgment for $750 was not sufficiently sustained by proof. We have examined the record and find no error with respect to the

finding of fact and judgment of the lower court. CR 52.01; Todd v. Todd, Ky., 269 S.W.2d 282.

The motion for appeal is overruled and the judgment is affirmed.